UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Annette Zamorano,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Target Corporation et al.,<br><br>　　　　　　Defendants. | 2:18-cv-00076 VAP (JCx)<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE** |

　　　Trial is set in this case for December 11, 2018 with a Pre-Trial Conference set for December 3, 2018. (Doc. No. 21.) Pursuant to the Court's Civil Trial Scheduling Order and Local Rule 16, counsel must file and serve detailed pretrial documents "not later than twenty-one (21) calendar days before the Pre-Trial Conference." (Civil Trial Scheduling Order, Doc. No. 25, at 5; L.R. 16.) Plaintiff has filed no pretrial documents whatsoever. Accordingly, the Court **ORDERS** Plaintiff to show cause in writing no later than 4:00 P.M. on November 27, 2018, why this case should not be dismissed for failure to prosecute.

　　　**IT IS SO ORDERED.**

Dated: 　11/21/18　　　　　　　　　　　　　／s／ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　Chief United States District Judge

1